76,998-03

Paul R. Desilets
T.D.C.J.# 1581093
7405 hwy 75 S
Huntsville Texas 77344
Goree Unit
June 21 2015

Mr. Able Acosta, Clerk of the
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

Dear Mr Able Acosta,

I would like to update my address with the Honorable Court. I have recieved your current card of notification of reciept of my writ of mandamus on 6/15/15, dated 6/3/15.

My current address is 7405 Hwy 75 S., Huntsville Texas 77344, Goree Unit. my former address was the Huntsville Unit, in Hu8ntsville.

Thank You for your assistance in this matter.

Respectfully Submitted

Paul R. Desilets